UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD XIN LIU, et al., <br><br> Defendants. | Case No. 5:13-cv-05240-PSG <br><br> **ORDER DEFERRING EARLY NEUTRAL EVALUATION** <br><br> (Re: Docket No. 16) |

Because the parties believe early neutral evaluation ("ENE") would be aided by additional discovery, the court defers the deadline to conduct ENE.[1] The parties shall complete the ENE session 30 days from the date the stay is lifted in this case.

**IT IS SO ORDERED.**

Dated: March 17, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] See ADR L.R. 5-4(b) ("Unless otherwise ordered, the ENE session must be held within 90 days after the entry of the order referring the case to ENE."); see also Docket No. 16 (order referring case to ENE and setting deadline of 90 days from February 4, 2014).

1
Case No. 5:13-cv-05240-PSG
ORDER DEFERRING EARLY NEUTRAL EVALUATION