UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD XIN LIU, et al., <br><br> Defendants. | Case No. 5:13-cv-05240-PSG <br><br> **ORDER STAYING CASE** <br><br> **(Re: Docket No. 30)** |

With consent from the parties in this case, the court stays this case in light of pending depositions in the state action. The parties shall appear for a status conference on Tuesday, June 10, 2014, at 10 AM. Telephonic appearances may be made without leave of the court.

**IT IS SO ORDERED.**

Dated: March 25, 2014

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

1
Case No. 5:13-cv-05240-PSG
ORDER STAYING CASE