UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD XIN LIU, et al., <br><br> Defendants. | Case No. 5:13-cv-05240-PSG <br><br> **CASE MANAGEMENT ORDER** <br><br> **(Re: Docket No. 44)** |

Based on the parties' joint case management statement,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the parties undergo a neutral evaluation no later than June 30, 2015.

---

[1] *See* Docket No. 44.

1

Case No. 5:13-cv-05240-PSG
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | July 15, 2015 |
| Designation of Opening Experts with Reports | June 15, 2015 |
| Designation of Rebuttal Experts with Reports | July 21, 2015 |
| Expert Discovery Cut-Off | August 26, 2015 |
| Dispositive Motions | September 15, 2015 |
| Dispositive Motions Hearing | October 25, 2015 |
| Motions *in limine* | December 10, 2015 |
| Pre-Trial Conference (including hearing on motions *in limine*) | January 15, 2016 |
| Jury Trial | February 15, 2016 |

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge