BUSCEMI HALLETT LLP
David E. Hallett, Esq. (SBN 221828)
dhallett@buhalaw.com
555 West Beech Street, Suite 240
San Diego, California 92101
Tel:  (619) 231-5900
Fax:  (619) 231-5905

Attorneys for Plaintiff STATE NATIONAL INSURANCE COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., a Texas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>US-SINO INVESTEMENT, INC., a California corporation, RICHARD XIN LIU, an individual, DAN LUO, et al.<br><br>    Defendants. | Case No.  5:13-cv-05240-PSG<br><br>**NOTICE OF CHANGE IN COUNSEL PURSUANT TO CIVIL L.R. 5-1(c)(2)(C) AND 11-5; [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Paul S. Grewal<br>Trial Date: February 15, 2016<br>Action Filed: November 12, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Joseph A. Long, Esq., Jane S. Blumberg, Esq., Marcia A. Pollioni, Esq. and the law firm of Long Blumberg, LLP hereby withdraw from the case as counsel of record for Plaintiff State National Insurance Company with the consent of such Plaintiff.

   This Notice of Change of Counsel is filed pursuant to Civil L.R. 5-1(c)(2)(C) and Civil L.R. 11-5.  David Hallett, Esq. with Buscemi Hallett, LLP remains counsel of record for the Plaintiff.

The Clerk's office is requested to make the changes to the docket and to the electronic notification system necessary to reflect the withdrawal of Joseph A. Long, Esq., Jane S. Blumberg, Esq., Marcia A. Pollioni, Esq. and the law firm of Long Blumberg, LLP as counsel of record for Plaintiff State National Insurance Company.

DATED:  November 24, 2014

*/s/ David E. Hallett*

BUSCEMI HALLETT LLP
David E. Hallett, Esq. (SBN 221828)
dhallett@buhalaw.com
555 West Beech Street, Suite 240
San Diego, California 92101
Tel:  (619) 231-5900
Fax:  (619) 231-5905

The withdrawal of the above counsel is approved and so ORDERED.

Dated: December 10, 2014

UNITED STATES MAGISTRATE JUDGE